Case 2:20-mj-01465   Document 4   Filed on 08/13/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 2:20-MJ-1465 |
| | § | |
| CONRAD RUIZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)     The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. The defendant is charged with a serious offense involving a significant amount of methamphetamine, was recently released from federal prison in May 2020, is unemployed, and is currently on probation for three serious felony offenses (Assault-Family Violence-Impede Breath, Obstruction/Retaliation, and Manufacture/Delivery of a Controlled Substance) and motions to revoke is likely to be filed. He is a poor candidate

for bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 13th day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge